# United States District Court
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **LINDA ANN BORRA,** | § | |
| Plaintiff, | § | |
| v. | § | Civil No.: 4:21-cv-00447-ALM-KPJ |
| **KILOLO KIJAKAZI,** *Acting Commissioner of Social Security*, | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 1, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #11) that the final decision of the Commissioner of Social Security Administration be affirmed. On August 14, 2022, Plaintiff Linda Ann Borra ("Plaintiff") filed Objections (Dkt. #12) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, Plaintiff's Objections (Dkt. #12) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

All relief not previously granted is hereby denied.

**IT IS SO ORDERED**.
SIGNED this 6th day of September, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE